IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVETTE CRUZ,<br>　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant. | :<br>:<br>: CIVIL ACTION<br>:<br>: NO. 09-0508<br>:<br>:<br>:<br>:<br>: |

**Order**

YOHN, J.

**AND NOW**, this __ day of September, 2010, upon consideration of plaintiff's Request for Review and the Commissioner's Response, and after careful and independent review of the magistrate judge's Report and Recommendation (Docket No. 15), plaintiff's objections thereto, and the Commissioner's response to those objections, it is hereby **ORDERED** that:

　　1. Plaintiff's objections are **OVERRULED**.

　　2. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge is **APPROVED and ADOPTED**.

　　3. Plaintiff's motion for summary judgment or, in the alternative, motion for remand is **DENIED**.

　　4. Judgment is entered affirming the decision of the Commissioner.

　　　　　　　　　　　　　　　　　　　　　　s/William H. Yohn Jr., Judge
　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge